UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 18-30263 |
| | ) | |
| LIANA SUE CONKLIN, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | Adv. Proc. Case No.: 18-03026 |
| KEVIN JUBER AND LINDA JUBER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LIANA SUE CONKLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

On October 9, 2020 this Court entered a final judgment in the above-captioned adversary proceeding awarding Plaintiffs Kevin Juber and Linda Juber damages against Defendant Liana Sue Conklin in the amount of $110,000.00 plus interest at the rate of 12% per annum from the date of judgment until paid ("Judgment"). By way of and pursuant to the terms of a Settlement Agreement dated August 16, 2022, Defendant has now satisfied the Judgment in full.

This the 19th day of September, 2022.

> **ESSEX RICHARDS, P.A.**
>
> /s/ David R. DiMatteo
> David R. DiMatteo (NC Bar No. 35254)
> 1701 South Boulevard
> Charlotte, North Carolina 28203
> Telephone: (704) 377-4300
> Facsimile: (704) 372-1357
> Email: hculp@essexrichards.com
> *Attorneys for Plaintiffs Kevin & Linda Juber*